# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANDICE FACON and BENJAMIN KASHVILI, on behalf of themselves individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>M&D CAPITAL PREMIER BILLING LLC,<br><br>Defendant. | CASE NO. 1:24-cv-02374-NRM-VMS |

## **PLAINTIFFS' VOLUNTARY NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Candice Facon and Benjamin Kashvili, hereby give notice that their claims in this action against Defendant M&D Capital Premier Billing LLC, are voluntarily dismissed without prejudice.

Date: May 15, 2024

                                              Respectfully submitted,

                                              By: /s/  James J. Bilsborrow

                                              James J. Bilsborrow
                                              WEITZ & LUXENBERG, PC
                                              700 Broadway
                                              New York, New York 10003
                                              Tel: 212-558-5500
                                              jbilsborrow@weitzlux.com

                                              Samuel J. Strauss
                                              Raina C. Borrelli
                                              STRAUSS BORRELLI PLLC
                                              980 N. Michigan Avenue, Suite 1610
                                              Chicago, Illinois 60611
                                              Tel: 872-263-1100
                                              sam@straussborrelli.com
                                              raina@straussborrelli.com

                                              *Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I, James Bilsborrow, hereby certify that on May 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

DATED this 15th day of May, 2024.

By: __James Bilsborrow_____